# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Wanda I. Moreno<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Bayview Loan Servicing, LLC as servicer for Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-Backed Notes, Series 2006-SD3<br>　　　　　　　　Movant<br>　　vs. | NO. 18-15741 AMC |
| Wanda I. Moreno<br>　　　　　　　　Debtor(s)<br>Eddie Dailey<br>　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

## **AMENDED ORDER**

　　　　AND NOW, this        day of                  , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3818 Elsinore Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Wanda I. Moreno
3818 Elsinore Street
Philadelphia, PA 19124

Eddie Dailey
3818 Elsinore Street
Philadelphia, PA 19124

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532