IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Wanda I Moreno<br>Debtor | : | No. 18-15741-AMC |

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Response to the Motion for Relief filed on January 17, 2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  January 21, 2020