IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| WANDA I. MORENO | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| KIA MOTORS FINANCE | ) | Case No.: 18-15741 (AMC) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | **Hearing Date: 1-21-20 at 11:00 AM** |
| | ) | |
| WANDA I. MORENO | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 362 |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Kia Motors Finance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2018 Kia Sorento** bearing vehicle identification number 5XYPG4A39JG390022 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **February 11, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE