United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15741-amc
Wanda I Moreno                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1               Date Rcvd: Feb 11, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db              +Wanda I Moreno,    3818 Elsinore Street,    Philadelphia, PA 19124-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Wanda I Moreno dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-SD3) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Kia Motors Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: <br> WANDA I. MORENO <br> **Debtor(s)** | CHAPTER 13 |
| KIA MOTORS FINANCE <br> **Moving Party** | Case No.: 18-15741 (AMC) |
| v. | Hearing Date: 1-21-20 at 11:00 AM |
| WANDA I. MORENO <br> **Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER <br> **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Kia Motors Finance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2018 Kia Sorento** bearing vehicle identification number 5XYPG4A39JG390022 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **February 11, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE