IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Wanda I Moreno | : | |
| Debtor | : | No. 18-15741-AMC |

O R D E R

AND NOW, this 18th day of February, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $7,271.11 has been paid to the Trustee over 17 months and the Debtor shall pay $450.00 per month for the remaining 30 months for a total base amount of $20,771.11 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Wanda I Moreno