United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15741-amc
Wanda I Moreno                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: dlv           Page 1 of 1         Date Rcvd: Feb 18, 2020
                        Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db          +Wanda I Moreno,    3818 Elsinore Street,    Philadelphia, PA 19124-5410
aty         +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
              San Diego, CA 92177-7921
cr          +Bayview Loan Servicing, LLC,    c/o Janet M. Spears,    4375 Jutland Dr, Suite 200,
              PO Box 17933,    San Diego, CA 92177-7921
cr          +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
```
      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Wanda I Moreno dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-SD3) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Kia Motors Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```
      TOTAL: 7

```
           IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                 :    CHAPTER 13
                            :
       Wanda I Moreno       :
           Debtor           :    No. 18-15741-AMC
```

O R D E R

AND NOW, this 18th day of February, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $7,271.11 has been paid to the Trustee over 17 months and the Debtor shall pay $450.00 per month for the remaining 30 months for a total base amount of $20,771.11 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Wanda I Moreno