IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  **Wanda Moreno** ) | Chapter 13 |
| **Debtor** ) | |
| ) | No. 18-15741-AMC |
| ) | |
| ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Supplmental Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                    /s/David M. Offen
                                    David M. Offen
                                    Attorney for Debtor(s)

**Date:6/23/20**