```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                  :     CHAPTER 13
                            :
    Wanda I. Moreno         :     No. 18-15741-AMC
       Debtor               :
```

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

DATED: **June 24, 2020**    _____
                            **HONORABLE ASHELY M. CHAN**
                            **UNITED STATES BANKRUPTCY JUDGE**