United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15741-elf |
| Wanda I Moreno | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 16, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda I Moreno, 3818 Elsinore Street, Philadelphia, PA 19124-5410 |
| 14447193 | + | Kia Motors Finance, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14189396 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14410830 | + | The Bank of New York Mellon, c/o Rebecca Ann Solarz, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14225607 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 00:05:46 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14219877 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 16 2022 23:57:00 | BANK OF NEW YORK, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14189385 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 16 2022 23:57:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14194724 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 16 2022 23:57:00 | Bayview Loan Servicing, LLC, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14264207 | | Email/Text: megan.harper@phila.gov | Nov 16 2022 23:58:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14189386 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2022 00:05:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14216233 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2022 00:05:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14189387 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2022 23:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14189388 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2022 23:57:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14189389 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2022 00:05:46 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14189392 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 17 2022 00:05:50 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14189393 | + | Email/Text: bankruptcy@sccompanies.com | Nov 16 2022 23:58:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 14215663 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 16 2022 23:58:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14189391 | | Email/Text: bnc-bluestem@quantum3group.com | Nov 16 2022 23:58:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14189394 | + | Email/Text: EBNBKNOT@ford.com | Nov 16 2022 23:58:00 | Kia Motors Finance Co, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 14224805 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2022 00:05:46 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14200639 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2022 23:57:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14189395 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2022 23:57:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14210965 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 16 2022 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14221991 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2022 23:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14221992 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2022 23:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14504158 | | Email/Text: mtgbk@shellpointmtg.com | Nov 16 2022 23:57:00 | THE BANK OF NEW YORK MELLON, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14410200 | ^ | MEBN | Nov 16 2022 23:56:04 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14493996 | | Email/Text: mtgbk@shellpointmtg.com | Nov 16 2022 23:57:00 | The Bank Of New York Mellon, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO Box 10826, Greenville, SC 29603-0826 |
| 14234787 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 16 2022 23:57:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14189397 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 16 2022 23:57:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14189398 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 16 2022 23:57:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14189390 | | Eddie Dailey, UNKNOWN |
| 14445680 | *+ | Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14504159 | * | THE BANK OF NEW YORK MELLON, P.O. Box 10826, Greenville, SC 29603-0826 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 16, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-SD3) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Wanda I Moreno dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Kia Motors Finance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wanda I Moreno
        Debtor(s)

Case No: 18−15741−elf
Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/16/22

76 − 75
Form 138OBJ